UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF RYAN L. CLARK,

    Plaintiff,

  v.

                              Case No. 14-CV-1402

COUNTY OF GREEN LAKE, TINA KUEHN, and BRUCE WALKER,

    Defendants.

## MOTION TO WITHDRAW

Charles H. Bohl hereby moves this Court for an order allowing him to withdraw as one of the attorneys for defendants Green Lake County and Bruce Walker.

Other attorneys at the law firm of Husch Blackwell LLP who have already appeared in this case will continue to represent Green Lake County and Bruce Walker. As a result, the undersigned counsel's withdrawal will not adversely affect the representation of Green Lake County and Bruce Walker and will not delay the disposition of this case.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing for his withdrawal as counsel for Green Lake County and Bruce Walker.

Dated this 26th day of December, 2018.

                                            s/ Charles H. Bohl
                                            Charles H. Bohl
                                            HUSCH BLACKWELL LLP
                                            555 East Wells Street, Suite 1900
                                            Milwaukee, WI  53202-3819
                                            (414) 271-2300  Phone
                                            Charles.Bohl@huschblackwell.com