# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Estate of Ryan Clark

              v.              Case No. 14-cv-1402-LA

Green Lake County, et al.,

_____

### MOTION TO DISQUALIFY HUSCH BLACKWELL FROM REPRESENTING DEFENDENTS BRUCE WALKER AND GREEN LAKE COUNTY DUE TO CONFLICT OF INTEREST

The Plaintiff, by its attorney The Jeff Scott Olson Law Firm, S.C., hereby moves the Court for an order disqualifying the Husch Blackwell law firm, which is currently representing both Defendant Green Lake County and Defendant Bruce Walker, from representing both defendants at trial. The basis for this motion, set forth more fully in the Plaintiff's accompanying brief, is that there is an obvious conflict of interest in representing both: Walker's testimony establishes that the County is liable for having a policy that denied suicide protection to inmate patients by allowing officers to ignore a known, flagged suicide risk, and for failing to train and supervise its staff to follow the written policy designed to provide adequate mental health attention to inmate patients, while the County's testimony establishes that Walker is liable for having known, pursuant to his training in the County's written policy, that a "Max" score on the Spillman suicide assessment is indicative of a serious suicide risk that warrants

protective measures that were readily available within the jail, but having done nothing to see that any of those protections were provided to Ryan Clark.

Dated June 5, 2019

Respectfully submitted,

Estate of Ryan Clark, Plaintiff,

By

ATTORNEYS FOR PLAINTIFF
THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
ANDREA J. FARRELL
State Bar Number 1064773
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone 608 283 6001
Fax 608 283 0945
E-mail jsolson@scofflaw.com

/s/ *Jeff Scott Olson*
_____
Jeff Scott Olson

### Certificate of Service

I hereby certify that on Wednesday, June 05, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Timothy H. Posnanski, Angela B. Harden, Andrew J. Roth and Susannah J. Price, counsel for the Defendants, and that I have mailed the document by United States Postal Service to the following non ECF participant: Judge Lynn Adelman

/s/ Jeff Scott Olson